Christopher A. Carr (#44444)
  ccarr@afrct.com
Viddell Lee Heard (#175049)
  vheard@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California  91101-2459
Tel:  (626) 535-1900
Fax: (626) 577-7764

Attorneys for Defendant
WACHOVIA MORTGAGE, a division of
WELLS FARGO BANK, N.A., successor by
merger to WACHOVIA MORTGAGE, FSB
f/k/a WORLD SAVINGS BANK, FSB
("Wachovia")

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOL HEE OH and JEE YEON JANG,<br><br>               Plaintiffs,<br>   vs.<br><br>WELLS FARGO BANK, N.A.; CAL-WESTERN RECONVEYANCE CORPORATION; and DOES 1 through 50, inclusive,<br><br>               Defendants | Case No.  CV 10-09849 ODW (JCGx)<br><br>[Assigned to The Honorable Otis D. Wright II, Courtroom 11]<br><br>**JUDGMENT OF DISMISSAL** |

/ / /

/ / /

/ / /

95451/000529/00111601-1

/ / /

On January 31, 2011, this Court entered an Order granting, without leave to amend, the Motion to Dismiss the Complaint filed by Defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., successor by merger to Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, ("Wachovia"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  In accordance with that Order:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1.    Wachovia is dismissed from this case, with prejudice;

2.    Plaintiffs Wol Hee Oh and Jee Yeon Jang shall take nothing from Defendant Wachovia in this action;

3.    Wachovia shall be entitled to recover its costs of suit, including attorneys' fees, in a sum according to a motion for such fees and costs.

Dated:  March 8, 2011

_____

The Honorable Otis D. Wright II
United States District Judge

95451/000529/00111601-1

CASE NO. CV 10-09849 ODW (JCGX)
CERTIFICATE OF SERVICE